# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**CLINTON AGBOR,**

    Petitioner,

    v.

**WARDEN, ROSS CORRECTIONAL INSTITUTION,**

    Respondent.

**CASE NO. 2:15-CV-02236**
**JUDGE GREGORY L. FROST**
**Magistrate Judge Elizabeth P. Deavers**

## OPINION AND ORDER

On February 16, 2016, the Magistrate Judge issued a Report and Recommendation recommending that Respondent's Motion to Dismiss (ECF No. 8) be granted and that this action be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed.

The Report and Recommendation (ECF No. 11) is **ADOPTED** and **AFFIRMED**. Respondent's Motion to Dismiss (ECF No. 8) is **GRANTED.** This action is hereby **DISMISSED** without prejudice as unexhausted.

    **IT IS SO ORDERED**.

    /s/  GREGORY L. FROST
    GREGORY L. FROST
    United States District Judge